UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED P. SOLORIO,<br><br>        Petitioner,<br><br>    v.<br><br>DAVID S. ROBINSON, et al.,<br><br>        Respondents. | Case No.: 1:20-cv-00828-JLT (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO STRIKE CERTAIN NAMED RESPONDENTS |

Petitioner filed a federal habeas petition on June 15, 2020, in which he names several Respondents. (Doc. 1.) Petitioner includes David S. Robinson as one of the Respondents who is the sheriff at Kings County, and Petitioner is currently housed at Kings County Jail. Because it appears David S. Robinson is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to strike the names of the other named Respondents.

IT IS SO ORDERED.

Dated: __July 2, 2020__          __/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE