**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED P. SOLORIO,<br><br>         Petitioner,<br><br>    v.<br><br>DAVID S. ROBINSON,<br><br>         Respondent. | Case No.: 1:20-cv-00828-DAD-JLT (HC)<br><br>ORDER DISREGARDING MOTION TO AMEND AS MOOT<br><br>(Doc. 8) |

Petitioner filed a motion to amend the first page of his habeas petition. (Doc. 8.) The motion is dated for July 1, 2020, and the Court filed it on July 8, 2020. (Id.) Prior to the instant motion being filed, the Court issued an order on July 6, 2020, dismissing the petition with leave to file a first amended petition. (Doc. 5.) Accordingly, the Court disregards the motion to file an amended petition as MOOT.

IT IS SO ORDERED.

Dated:  **July 20, 2020**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE

1